[No. 20043. In Bank.—May 22, 1885.]

## THE PEOPLE, RESPONDENT, v. PATRICK TIERNEY, APPELLANT.

CRIMINAL LAW—RAPE—EVIDENCE—PARTICULARS OF COMPLAINT.— On a trial for rape, the prosecutrix cannot give evidence of the particulars of a complaint made by her shortly after the assault.

APPEAL from a judgment of the Superior Court of Nevada County, and from an order refusing a new trial.

The defendant was convicted of the crime of rape. The further facts are stated in the opinion of the court.

*Cross & Simonds*, for Appellant.

*Attorney-General Marshall*, for Respondent.

The COURT. — On the trial of the defendant, who was charged with the crime of rape, the prosecutrix was permitted, against the objection and exception of the defendant, to give in evidence the particulars of the complaint which she testified she made to Mrs. Kieley shortly after the occurrence. This was held erroneous by this court in the recent case of *People* v. *Mayes*, 66 Cal. 597. On the authority of that case the judgment and order are reversed and the cause remanded for a new trial.

MYRICK, J., dissented.